

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Edwin Antonio Osorio-Lopez, Appellant<br><br>No. 06-18-00198-CR      v.<br><br>The State of Texas, Appellee | Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 17927). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's competency determination. We abate and remand to the trial court for a new retrospective competency hearing. The trial court is instructed to appoint counsel who will not be a potential witness at the competency hearing to represent Osorio-Lopez at that hearing.

We note that the appellant, Edwin Antonio Osorio-Lopez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 23, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk